# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CLARK PRODUCTS, INC.**, an Illinois corporation,

        Plaintiff,

    -vs-

**ANDREW AHRENS**, an individual, **THE BOELTER COMPANIES, INC.**, a Wisconsin corporation, and **BOELTER HOSPITALITY, INC.**, a Wisconsin limited liability company,

        Defendants.

Case No. 05-C-33

## ORDER

This matter, coming before the Court by the parties' stipulation, hereby ORDERS this matter dismissed, with prejudice, with each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 18th day of August, 2005.

        SO ORDERED,

        s/ Rudolph T. Randa
        HON. RUDOLPH T. RANDA
        Chief Judge